United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REINA FLORES, ) | Case No.: CV 13-0370 PSG |
| ) | |
| Plaintiff, ) | **ORDER STAYING CASE AND** |
| v. ) | **REQUIRING STATUS UPDATES** |
| ) | |
| EDGAR MIGUEL, et al, ) | **(Re: Docket No. 11)** |
| ) | |
| Defendants. ) | |
| ) | |

On June 21, 2013, Plaintiff Reina Flores ("Flores") notified the court that Defendant Edgar Miguel ("Miguel") filed for Chapter 7 bankruptcy in the Northern District of California. Pursuant to 11 U.S.C. § 362, the case is automatically stayed pending resolution of the bankruptcy case. As the only party that has appeared in this case, Flores shall submit to the court every 120 days a one-page letter with updates about the status of the bankruptcy case.

**IT IS SO ORDERED.**

Dated: June 24, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER