UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REINA FLORES,<br><br>               Plaintiff,<br>    v.<br><br>EDGAR MIGUEL, et al,<br><br>               Defendants. | Case No.: CV 13-0370 PSG<br><br>**ORDER STAYING CASE AND REQUIRING STATUS UPDATES**<br><br>**(Re: Docket No. 11)** |

On June 21, 2013, Plaintiff Reina Flores ("Flores") notified the court that Defendant Edgar Miguel ("Miguel") filed for Chapter 7 bankruptcy in the Northern District of California. Pursuant to 11 U.S.C. § 362, the case is automatically stayed pending resolution of the bankruptcy case. As the only party that has appeared in this case, Flores shall submit to the court every 120 days a one-page letter with updates about the status of the bankruptcy case.

**IT IS SO ORDERED.**

Dated: June 24, 2013

                                              _____<br>
                                              PAUL S. GREWAL<br>
                                              United States Magistrate Judge

ORDER