**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REINA FLORES, | ) Case No. 5:13-cv-00370-PSG |
|        Plaintiff, | ) |
|    v. | ) **ORDER TO SHOW CAUSE** |
| EDGAR MIGUEL, | ) **(Re: Docket No. 12)** |
|        Defendant. | ) |

This case was stayed just under one year ago. Pursuant to the stay, Plaintiff Reina Flores was ordered to file status updates on the parallel bankruptcy case every 120 days.[1] Flores has yet to file any status update. Flores shall show cause in writing within seven days why this case should not be dismissed for failure to prosecute. Flores may satisfy this order by providing the update required under the terms of the stay.

---

[1] *See* Docket No. 12 at 1.

On June 21, 2013, Plaintiff Reina Flores ("Flores") notified the court that Defendant Edgar Miguel ("Miguel") filed for Chapter 7 bankruptcy in the Northern District of California. Pursuant to 11 U.S.C. § 362, the case is automatically stayed pending resolution of the bankruptcy case. As the only party that has appeared in this case, Flores shall submit to the court every 120 days a one-page letter with updates about the status of the bankruptcy case.

1

Case No. 5:13-cv-00370-PSG
ORDER TO SHOW CAUSE

IT IS SO ORDERED.

Dated: June 10, 2014

                                                                *[signature]*
                                                      PAUL S. GREWAL
                                                      United States Magistrate Judge