UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REINA FLORES,<br><br>            Plaintiff,<br>v.<br><br>EDGAR MIGUEL,<br><br>            Defendant. | Case No. 5:13-cv-00370-PSG<br><br>**ORDER OF DISMISSAL**<br><br>**(Re: Docket Nos. 14 and 15)** |

In response to the court's order to show cause,[1] Plaintiff Reina Flores advised the court "that based on bankruptcy court records showing that defendant debtor EDGAR MIGUEL was discharged, plaintiff does not oppose a dismissal of this case."[2] This case thus will be dismissed and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 1, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 14 at 1 ("This case was stayed just under one year ago. Pursuant to the stay, Plaintiff Reina Flores was ordered to file status updates on the parallel bankruptcy case every 120 days. Flores has yet to file any status update. Flores shall show cause in writing within seven days why this case should not be dismissed for failure to prosecute. Flores may satisfy this order by providing the update required under the terms of the stay.").

[2] Docket No. 15 at 1.

1

Case No. 5:13-cv-00370-PSG
ORDER OF DISMISSAL